No. 741, Misc.  BRAUN *v.* BELNAP, SUPERINTENDENT, WASHINGTON STATE REFORMATORY;

No. 747, Misc.  TALMAGE *v.* MARYLAND;

No. 754, Misc.  JORDAN *v.* MARTIN, WARDEN;

No. 756, Misc.  POWELL *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM; and

No. 757, Misc.  CAFFEY *v.* NASH, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 971.  TENNESSEE BURLEY TOBACCO GROWERS' ASSOCIATION ET AL. *v.* RANGE ET AL.  On petition for writ of certiorari to the Court of Appeals of Tennessee.  The respondent is directed to file a brief pursuant to Rule 24 (1).  The Solicitor General is invited to file a brief expressing his views. *Norman M. Littell* and *Frederick Bernays Wiener* for petitioners. *F. H. Parvin* for respondents.

No. 470, Misc.  ASHDOWN *v.* UTAH.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Utah granted.  Petitioner *pro se.*  *E. R. Callister,* Attorney General of Utah, and *Walter L. Budge,* Assistant Attorney General, for respondent.

No. 916.  LENG MAY MA *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari granted. *Joseph S. Hertogs* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.